IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA D. THOMPSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>SMITH , et al.,<br><br>           Defendants.<br>_____/ | 1:07-cv-01435 AWI-SMS (PC)<br><br>SECOND ORDER TO SUBMIT **CERTIFIED** COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On October 3, 2007, the court ordered plaintiff to submit a certified copy of her prison trust account statement, or in the alternative, to pay the $350.00 filing fee for this action.   See 28 U.S.C. § 1915(a)(2). On October 31, 2007, plaintiff filed a copy of her trust account statement; however, the copy was not a certified.  Plaintiff shall be granted another opportunity to submit a certified copy of her trust account statement in support of her application to proceed in forma pauperis, **or** pay the $350.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of her prison trust

-1-

1  account statement for the six month period immediately preceding the filing of the complaint, or
2  in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:    November 30, 2007**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE